FAJARDO SUGAR COMPANY, DEMANDANTE Y APELANTE, *v.* TORRES ET AL., DEMANDADOS Y APELADOS.

Apelación procedente de la Corte de Distrito de Humacao en pleito sobre desahucio.

No. 1990.—Resuelto en mayo 5, 1919.

DESAHUCIO EN PRECARIO—TÍTULOS CONTRADICTORIOS—PRESCRIPCIÓN.—No procede la acción de desahucio por precario cuando si bien el demandante tiene inscrito el dominio de la finca, el demandado alega, y no está desprovista su alegación de toda prueba, que posee en concepto de dueño por más de treinta años. La controversia de títulos debe resolverse en el pleito ordinario.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. Luis Muñoz Morales.*

Abogado de los apelados: *Sr. C. García de la Noceda.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

La demanda de desahucio en este pleito alegó que los de-

mandados poseían precariamente, sin pagar canon o merced alguna, un pedazo de terreno de cierta finca de la corporación demandante en cuyo terreno habían fabricado algunas casas y solicitó del tribunal de Distrito de Humacao que ordenase el desalojo de dicho terreno por los demandados y que levantasen sus casas.

Habiendo alegado los demandados en su contestación que el terreno en que las casas se hallan fabricadas les pertenece por haberlo heredado de Pablo Torres quien lo adquirió de Benigno de Santiago, reuniendo entre todos más de cuarenta años de posesión ejecutando actos de dominio sin interrupción alguna, se celebró el juicio y recayó sentencia declarando sin lugar la demanda por el fundamento de que teniendo el litigio el carácter de controversia sobre el dominio no era procedente la acción de desahucio y debía ventilarse en juicio ordinario.

Como el demandante tiene inscrito el dominio de una finca rústica en la que está comprendido el pedazo de terreno ocupado por los demandados con sus casas, la cuestión a resolver en este recurso interpuesto por la corporación demandante es, si debe dictarse sentencia a su favor o sostener la que dictó la corte inferior.

Hubo alguna prueba en el juicio por parte de los demandados tendente a demostrar que desde antes del año 1885 tenían fabricadas las casas en el expresado terreno y aunque no se trató de probar el título de adquisición de su causante Pablo Torres sin embargo parece que tienen una posesión por más de treinta y cuatro años.

Cuando la corporación demandante compró la finca ya estaban los demandados ocupando el terreno con sus casas y también mientras fué dueño su vendedor. Contra la prueba de los demandados respecto a su posesión quieta y pacífica en concepto de dueños se presentó otra por la demandante tendente a demostrar que los demandados reconocían el dominio de la demandante porque con su permiso reconstruyeron sus casas.

.Como se ve, si bien la demandante tiene título del terreno ocupado por los demandados éstos han presentado alguna prueba de posesión por más de treinta años en concepto de dueños y, por tanto, hay una controversia de títulos que no puede ser resuelta en el juicio sumario y especial de desahucio porque la sentencia condenatoria resolvería la cuestión de que los demandados ocupan el terreno precariamente, sin título alguno para ello cuando, como hemos dicho, ellos han presentado alguna prueba de propiedad por prescripción adquisitiva extraordinaria.

No puede prosperar la acción de desahucio por precario cuando el demandado presenta alguna prueba de que tiene algún título legal a la posesión. El caso de *Pesquera* v. *Fernández,* 16 D. P. R. 235, es igual al presente. Véanse también los casos *Torres* v. *Pérez,* 18 D. P. R. 573; *Miranda* v. *Camerón,* 19 D. P. R. 488; *Delgado* v. *Pimentel,* 20 D. P. R. 558; *Cabassa* v. *Bravo,* 21 D. P. R. 353; *Gandía* v. *Cabán,* 22 D. P. R. 836 y *Casanovas y Cía.* v. *Ramírez,* 25 D. P. R. 628.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.